150 A.3d 819

## VITO

v.

## GRUEFF

**Pet. Docket No. 429, Sept. Term, 2016**

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 353, 145 A.3d 86.

Petition for writ of certiorari granted.

■

150 A.3d 819

## PARKER

v.

## HAMILTON

**Pet. Docket No. 469, Sept. Term, 2016**

Court of Appeals of Maryland.

December 14, 2016

Pending in the Court of Special Appeals (No. 2765, Sept. Term, 2015).

Petition for writ of certiorari granted.